AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JOHN CERAMI

V.

RETIREMENT AND PENSION PLAN FOR OFFICERS AND EMPLOYEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND RELATED ORGANIZATIONS, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. 00215

08 CV 00215

TO: (Name and address of Defendant)

BOARD OF TRUSTEES OF THE RETIREMENT AND PENSION PLAN FOR OFFICERS AND EMPLOYEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND RELATED ORGANIZATIONS
395 HUDSON STREET
NEW YORK, NY 10014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BARBARA MEHLSACK, ESQ.
GORLICK, KRAVITZ & LISTHAUS, P.C.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**               JAN 10 2008
CLERK                                 DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN CERAMI                                    JUDGE BATTS
        Plaintiff(s),                     Index No. 08 CV 00215

  -against-                                    AFFIDAVIT OF SERVICE
RETIREMENT AND PENSION PLAN FOR OFFICERS
AND EMPLOYEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS AND RELATED
ORGANIZATIONS, ET AL.,
        Defendant(s).
----------------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 15th day of January 2008, at approximately the time of 1:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Board of Trustees of The Retirement and Pension Plan for Officers and Employees of The New York City District Council of Carpenters and Related Organizations at 395 Hudson Street, 9th Floor, New York, NY 10014, by personally delivering and leaving the same with the security officer, Patrick Kennedy, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Patrick Kennedy is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 190 pounds with brown hair and blue eyes wearing glasses.

_____
ROBERT MILLS #1004298

Sworn to before me this
18th day of January, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__