Cote, J.

GORLICK, KRAVITZ & LISTHAUS, P.C.
Barbara S. Mehlsack, Esq. (BM 1390)
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
bmehlsack@gkllaw.com

Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JOHN CERAMI

                Plaintiff,

    -against-

RETIREMENT AND PENSION PLAN FOR OFFICERS
AND EMPLOYEES OF THE NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
AND RELATED ORGANIZATIONS; BOARD OF
TRUSTEES OF THE RETIREMENT AND PENSION
PLAN FOR OFFICERS AND EMPLOYEES OF THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND RELATED ORGANIZATIONS;
STEWART GRABOIS AS EXECUTIVE DIRECTOR and
MICHAEL J. FORDE, PETER THOMASSEN,
DENIS SHEIL, LAWRENCE D'ERRICO, JOHN F.
GREANEY and CHARLES HARDIN AS TRUSTEES
OF THE RETIREMENT AND PENSION PLAN
FOR OFFICERS AND EMPLOYEES OF THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND RELATED ORGANIZATIONS

                Defendants.
---------------------------------------------------------X

08 Civ. 215 (DLC)

**STIPULATION OF
VOLUNTARY
DISMISSAL**

    It is hereby stipulated by the undersigned counsel for the respective parties that the above action is hereby voluntarily dismissed with prejudice and without costs to either party.

So ordered.

/s/ Denise Cote

June 11, 2008

Counsel for Plaintiff
John Cerami

*Barbara Mehlsack* (signature)

Barbara S. Mehlsack
Gorlick Kravitz & Listhaus, P.C.
17 State Street
New York, NY 10004
(212) 269-2500

Counsel for Defendants
Retirement and Pension Plan for Officers
and employees of the new York City District
Council of Carpenters and Related
Organizations, et al.

Gary Silverman (659287)
O'Dwyer & Bernstien, LLP
52 Duane Street, 5th Floor
New York, NY 10007